# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GARTH O. GREEN ENTERPRISES, INC., et al., <br><br> Counterclaim Defendants, <br><br> v. <br><br> RANDALL HARWARD, et al., <br><br> Counterclaim Plaintiffs. | Case No. 2:15-cv-00556-RJS-EJF <br><br> **ORDER REQUIRING COUNSEL TO MEET WITH THE PROFESSIONALISM COUNSELING BOARD** <br><br> Honorable Judge Robert J. Shelby <br> Honorable Magistrate Judge Evelyn J. Furse <br><br> Removed State Court Case: <br> Fourth Judicial District Court, for the State of Utah, Utah County <br> Case No. 130400184r |

Given the difficulties counsel in this case have had in engaging in a meaningful meet and confer process, the Court ORDERS counsel for both parties to participate in meeting with the Professionalism Counseling Board.  At a minimum, Mr. Mumford and Ms. Monson must participate for the Greens, and Mr. Burton and Mr. Rupp must participate for Standard.  If the participation of others would be helpful to the process, they should also attend.  The sooner the parties can complete this process the better.

    1)    Counsel for each party will meet with Daniel Barnett and Thomas W. Seiler, of the Professionalism Counseling Board, in separate caucuses.  Specifically, Mr. Mumford and Ms. Monson will meet with Mr. Barnett and Mr. Seiler in one caucus, and Mr. Burton and Mr. Rupp will meet with Mr. Barnett and Mr. Seiler in a separate caucus.

    2)    All counsel will then conduct a Meet and Confer Conference with Mr. Barnett and Mr. Seiler.

    3)    These three meetings will take place in the U.S. Federal Courthouse with the

courtroom to be arranged once the date is agreed to. The hope would be to schedule these three caucuses for one hour each, back-to-back.

4) If Counsel cannot reach an agreement, Mr. Barnett and Mr. Seiler may make a recommendation(s) to the Court as to how to resolve the issue that is the subject of the Conference and/or a recommendation(s) about how to structure interactions going forward, should that be deemed helpful.

The Court SO ORDERS.

DATED this 12th day of July, 2017.

BY THE COURT:

*Evelyn J. Furse*
Evelyn J. Furse
United States Magistrate Judge