Joshua S. Ostler (14277)
NELSON JONES, PLLC
8941 S. 700 E., Ste. 203
Sandy, UT 84070
(801) 981-8779
josh@nelsonjoneslegal.com

*Attorney for Garth O. Green Enterprises, Inc., Garth Green and Michael Green*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GARTH O. GREEN ENTERPRISES, INC., et al., <br><br>　　　Plaintiffs, <br><br> v. <br><br> RANDALL HARWARD, et al; <br><br>　　　Defendants. | **NOTICE OF CHANGE OF ADDRESS** <br><br> Case No. 2:15-cv-00556 <br><br> District Judge Robert J. Shelby |

　　　Counsel for Plaintiffs Garth O. Green Enterprises, Inc., Garth Green and Michael Green, Joshua S. Ostler, hereby gives notice of his change in law firm and address. Counsel's new contact information is as follows:

　　　Joshua S. Ostler
　　　NELSON JONES, PLLC
　　　8941 S. 700 E., Ste. 203
　　　Sandy, Utah 84070
　　　(801) 981-8779
　　　josh@nelsonjoneslegal.com

　　　DATE: October 25, 2017.

**NELSON JONES, PLLC**

/s/ Joshua S. Ostler
Joshua S. Ostler

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2017, I filed the foregoing NOTICE OF CHANGE OF ADDRESS with the Clerk of the Court using the ECF filing system, which sent notice of electronic filing to all electronic filing users in this case.

/s/ Joshua S. Ostler