Marcus R. Mumford (12737)
MUMFORD PC
405 South Main Street, Suite 975
Salt Lake City, Utah 84111
(801) 428-2000
mrm@mumfordpc.com
*Attorneys for Garth O. Green Enterprises, Inc., Garth Green and Michael Green*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| GARTH O. GREEN ENTERPRISES, INC., et al., <br><br>Plaintiffs,<br><br>v.<br><br>RANDALL HARWARD, et al;<br><br>Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:15-cv-00556-DAK-EJF<br><br>District Judge Dale A. Kimball<br>Magistrate Judge Evelyn J. Furse |
|---|---|

Attorney Marcus R. Mumford hereby gives notice of his withdrawal of counsel in the above-captioned case for Plaintiffs Garth O. Green Enterprises, Inc., Michael Green, Garth O. Green.

DATE: November 28, 2017.

*/s/ Marcus R. Mumford*
Marcus R. Mumford