IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GARTH O. GREEN ENTERPRISES, INC., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>RANDALL HARWARD, et al;<br><br>        Defendants. | **ORDER GRANTING EX PARTE MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO STANDARD PLUMBING SUPPLY COMPANY, INC.'S MOTION FOR COSTS, EXPENSES AND ATTORNEYS' FEES**<br><br>Case No. 2:15-cv-00556-DAK-EJF<br><br>Judge Dale A. Kimball<br>Magistrate Judge Evelyn J. Furse |

The Court, having considered the Ex Parte Motion for an Enlargement of Time to Respond to Standard Plumbing Supply Company, Inc.'s Motion for Costs, Expenses and Attorneys' Fees (the "Ex Parte Motion"), filed November 29, 2017, and for good cause appearing, IT IS HEREBY ORDERED that the Ex Parte Motion is GRANTED. Plaintiffs Garth O. Green Enterprises, Inc., Garth Green and Michael Green, and their counsel, shall be granted an extension of time of 21 days to file their opposition memoranda from the current due date of December 6, 2017, or up to and including December 27, 2017.

        DATED:  December 1, 2017.

                                BY THE COURT:


                                _____
                                Magistrate Judge Evelyn J. Furse
                                United States District Court