*Proposed and submitted by:*

JAMES T. BURTON (11875)
jburton@kmclaw.com
JOSHUA S. RUPP (12647)
jrupp@kmclaw.com
RYAN R. BECKSTROM (14593)
rbeckstrom@kmclaw.com
**KIRTON | McCONKIE**
Key Bank Tower
36 South State Street, Suite 1900
Salt Lake City, Utah 84111
Telephone: (801) 328-3600
Facsimile: (801) 321-4893

*Counsel for Standard Plumbing Supply Company, Inc.*

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GARTH O. GREEN ENTERPRISES, INC. *et al.*,<br><br>v.<br><br>RANDALL HARWARD, *et al.* | Case No. 2:15-cv-00556-DAK-EJF<br><br>**[PROPOSED] ORDER GRANTING STANDARD PLUMBING SUPPLY COMPANY, INC.'S RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT RE: DECLARATORY JUDGMENT CLAIMS**<br><br>Honorable Judge Dale A. Kimball<br>Honorable Magistrate Judge Evelyn J. Furse |

The Court, having considered Standard Plumbing Supply Company, Inc.'s ("Standard") Renewed Motion for Partial Summary Judgment re: Declaratory Judgment Claims (the "Motion"), having reviewed all the briefing on the Motion and considered oral argument, if any, thereon, good cause appearing therefore, hereby GRANTS Standard's Motion.

Judgment is hereby entered in Standard's favor on (1) Standard's fourth cause of action—declaratory relief regarding the validity and enforceability of the January 9, 2013 Asset

Purchase and Sale Agreement (the "APSA") between Standard and Harward Irrigation Systems, Inc. and (2) Standard's fifth cause of action—declaratory relief regarding the invalidity of Garth O. Green Enterprises, Inc., Garth O. Green, and Michael Green's (collectively, the "Greens") five *lis pendens* placed on the Sprinkler World properties *circa* February 2013. More specifically, the Court finds that the APSA is a valid and binding contract and that Standard is entitled to the rights and benefits of the APSA. The Court also finds that the Greens' former *lis pendens* noticed against each of the five Sprinkler World properties were invalid from the outset and improperly filed.

      IT IS SO ORDERED.

      DATED this ___ day of December, 2017.

BY THE COURT:

By:_____
Judge Dale A. Kimball
United States District Court Judge

4824-7992-8919, v. 1