# Exhibit E

**From:** "Harward, Randall" <rharward@sprinkler.com>
**Date:** January 10, 2013, 2:11:05 PM MST
**To:** Richard Reese <rreese@standardplumbing.com>
**Subject: Text from mike green**



EXHIBIT 4

Fwd: Text from mike green

Fwd: I guess it's. good luck. Deals over.
(text from mike green yesterday the 9 th of Jan at 12:07 pm.)

Randall Harward
801-360-6401 cel
Harward Irrigation Systems
Sprinkler World
sprinkler.com
theyardworld.com

STANDARD0891