# Exhibit F

TRANSCRIPT OF VOICE MAIL

AND

TELEPHONE CONVERSATION

JANUARY 10, 2013

Reported By:  Susette M. Snider, CSR, CRR, RPR
 Notary Public in and for the State of Utah

1  attorney.  We created the contracts.  We bought
2  $50,000 of equipment.  We hired services.  We paid
3  for all kinds of crap based on their word.  And we
4  had a date and time set, and their -- and their
5  attorney's wife got sick.  That's the only reason
6  this happened.
7           MR. REESE:  By the way, the date on
8  these -- the date on this sale was what, the 7th --
9           MR. GARTH GREEN:  Yeah.  We --
10          MR. REESE:   -- or something?
11          MR. MICHAEL GREEN:  The 2nd.
12          MR. GARTH GREEN:  We were led off by their
13 attorney.
14          MR. MICHAEL GREEN:  Yeah.  Their
15 attorney -- their attorney's wife got --
16          MR. REESE:  Did you get an extension on
17 this agreement that you have?
18          MR. GARTH GREEN:  No, we didn't.
19          MR. REESE:  Statute of fraud.
20          MR. MICHAEL GREEN:  Yeah -- no, we got --
21 we got them saying, We need extra time.
22          MR. GARTH GREEN:  Can you give us more
23 time?
24          And we said, Yeah, give him a day.  His
25 wife's being operated on.  Give him -- we understand

1  people, and, you know, we don't want to hurt people.
2  We don't want to hurt Harwards.  We don't necessarily
3  even want to hurt you.  Oh, we'd like to -- we'd like
4  to a little bit, but not big.  We're -- we run pretty
5  straight businesses, and I think you know that.  We
6  don't -- we don't play games.
7              MR. REESE:  Hey, Mike, Garth, this is not
8  against you, okay?  We both have a lot of people who
9  work for us.  We both have a lot of responsibility to
10 make sure they get paid, that everything goes well.
11 And we both have a great responsibility to keep these
12 darn things going, and that means we do battle every
13 day.
14             Our employees don't understand it.  They
15 think we're just -- you know, I don't know what they
16 think we're doing.  But they don't understand it, and
17 they don't know how hard it is.
18             MR. MICHAEL GREEN:  That's true.
19             MR. REESE:  But this is not personal.
20 Richard Reese is doing battle to [sic] 460 people who
21 work for him, trying to make sure we keep the place
22 open for another day, just like the Greens are.  So
23 it's not personal.  There is no ill will.  There is
24 no ill intent.
25             And the Harwards are trying to gather