# Exhibit O



405 South Main Street, Suite 975
Salt Lake City, Utah 84111
801.428.2000
www.mumfordpc.com

Marcus R. Mumford*
Email | mrm@mumfordpc.com
*Licensed in New York, California, Idaho and Utah

December 5, 2014

VIA CERTIFIED U.S. MAIL
RETURN RECEIPT REQUESTED

Standard Plumbing Supply
9310 South 370 West
Sandy, Utah 84070

To Whom It May Concern:

    This firm represents GW Green Family Limited Partnership ("GW Green FLP"), who recently purchased from West CRE Ventures 2010-2, LLC, the loan secured by the property you are leasing in Springville, Utah (described below). We are writing pursuant to the Utah Uniform Assignment of Rents Act, Utah Code Ann. Title 57, Chapter 26.

### NOTIFICATION TO PAY RENTS TO PERSON OTHER THAN LANDLORD

| | |
|---|---|
| Tenant: | Standard Plumbing Supply |
| Property (the "Premises"): | 940 South 2000 West<br>Springville, UT |
| Landlord: | Grass Valley Holdings, L.P., and/or its successors or assigns |
| Assignee: | GW Green FLP |
| Assignee Contact Information: | 506 N 200 W<br>Cedar City, UT 84721<br>Ph: 435-868-4025<br>Fax: 435-868-4024<br>Email: mikeg@gogreenentinc.com |

    1.    The Assignee named above has become the person entitled to collect your rents on the Premises listed above under either (i) a Deed of Trust dated July 1, 2004, executed by GRASS VALLEY HOLDINGS, L.P. A UTAH LIMITED PARTNERSHIP, as Trustor, in favor of BARNES BANKING COMPANY, as Trustee and as Beneficiary, recorded on July 6, 2004, as modified, or assigned, and/or (ii) a Revolving Credit Deed of Trust Dated January 2, 2002, executed by GRASS VALLEY HOLDINGS, L.P. A UTAH LIMITED PARTNERSHIP, as Trustor, in favor of BARNES BANKING COMPANY, as Trustee and as Beneficiary, recorded on January 3, 2002, as Entry No. 997:2002 in the Official Records of the Utah County Recorder, as may be amended, modified, or assigned; both of which qualify as an

"assignment of rents" as defined by Utah statute (collectively, the "Assignment of Rents"). Both of the Assignment of Rents documents have been assigned to GW Green FLP, with notice of the same recorded on December 2, 2014, as Entry No. 86835:2014 in the Official Records of the Utah County Recorder. You may obtain additional information about the Assignment of Rents and the Assignee's right to enforce it by contacting the Assignee at the address listed above.

2. The Landlord is in default under the assignment of Rents. Under the Assignment of Rents, the Assignee is entitled to collect rents from the Premises.

3. This notification affects your rights and obligations under the agreement under which you occupy the Premises (your "Agreement"). In order to provide you with an opportunity to consult with a lawyer, if your next scheduled rental payment is due within 30 days after you receive this notification, neither the Assignee nor the Landlord can hold you in default under your Agreement for nonpayment of that rental payment until 10 days after the due date of that payment or 30 days following the date you receive this notification.

4. You must pay to the Assignee at the address listed above all rents under your Agreement which are due and payable on the date you receive this notification and all rents accruing under your Agreement after you receive this notification. If you pay rents to the Assignee after receiving this notification, the payment will satisfy your rental obligation.

5. Unless you occupy the premises as your primary residence, if you pay any rents to the Landlord after receiving this notification, your payment to the Landlord will not discharge your rental obligation, and the Assignee may hold you liable for that rental obligation notwithstanding your payment to the Landlord.

6. Your obligation to pay rents to the Assignee will continue until you receive either:

   a. A written order from a court directing you to pay the rent in a manner specified in that order; or

   b. Written instructions from the Assignee canceling this notification.

Please do not hesitate to contact my office with any questions.

Sincerely,

*M. Mumford* (signature)

Marcus R. Mumford

cc:   GW Green FLP