IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GARTH O. GREEN ENTERPRISES, INC., et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>RANDALL HARWARD, et al,<br><br>　　　Defendants. | **ORDER GRANTING STIPULATED MOTION TO STAY DEADLINES WITH RESPECT TO PLAINTIFFS' OBJECTION TO MAGISTRATE FURSE'S ORDER [DKT 534]**<br><br>Case No. 2:15-cv-00556-DAK-EJF<br><br>District Judge Dale A. Kimball<br>Magistrate Judge Evelyn J. Furse |

　　　This matter is before the Court on the Parties' Stipulated Motion to Stay Deadlines with Respect to Plaintiffs' Objection to Magistrate Furse's Order [ECF No. 534] (the "Motion"), filed December 8, 2017.  Having considered the Motion and for good cause appearing,

　　　IT IS HEREBY ORDERED that the Motion is GRANTED. The 14-day period under DUCivR 72-3 for the Court to issue an order or set a briefing schedule shall be stayed pending assignment of this case to a new judge.  Once a new judge is appointed, then "[i]f no order denying the motion or setting a briefing schedule is filed within 14 days," Standard Plumbing Supply Company, Inc. may submit a proposed order denying the objection.  *See* DUCivR. 72-3.

　　　DATED this 11th day of December, 2017.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Evelyn J. Furse
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge