# Exhibit B

# Joshua S. Rupp

| | |
|---|---|
| **From:** | Josh <josh@nelsonjoneslegal.com> |
| **Sent:** | Tuesday, December 12, 2017 4:15 PM |
| **To:** | James Burton |
| **Cc:** | Joshua S. Rupp; Heather Mills |
| **Subject:** | Re: Green v. Harward |

James,

Those dates should work for myself and the Greens. I recall that we discussed the possibility of having the depositions in St. George. If you don't have any objection, the Greens would prefer to have the depositions down there.

Thanks,

Joshua S. Ostler
Nelson Jones, PLLC
8941 S. 700 E., Ste. 203
Sandy, Utah 84070
T: (801) 981-8779
F: (801) 505-0360
www.nelsonjoneslegal.com

CONFIDENTIALITY/PRIVILEGE NOTICE
This communication and any attachment(s) are confidential and may be privileged. If you are not the intended recipient, or a person responsible for delivery to the intended recipient, please notify Nelson Jones, PLLC immediately by reply email or by calling (801) 981-8779. Please then delete this communication in its entirety without using, copying, or distributing the same. Thank you.

On Dec 12, 2017, at 4:10 PM, James Burton <jburton@kmclaw.com> wrote:

Josh:

Any word here?

Thanks,

James Burton

**From:** Josh [mailto:josh@nelsonjoneslegal.com]
**Sent:** Wednesday, December 06, 2017 2:35 PM
**To:** James Burton
**Cc:** Joshua S. Rupp; Heather Mills
**Subject:** Re: Green v. Harward

I'll talk with the Greens and let you know.

Joshua S. Ostler
Nelson Jones, PLLC
8941 S. 700 E., Ste. 203
Sandy, Utah 84070
T: (801) 981-8779
F: (801) 505-0360

1

www.nelsonjoneslegal.com

CONFIDENTIALITY/PRIVILEGE NOTICE
This communication and any attachment(s) are confidential and may be privileged. If you are not the intended recipient, or a person responsible for delivery to the intended recipient, please notify Nelson Jones, PLLC immediately by reply email or by calling (801) 981-8779. Please then delete this communication in its entirety without using, copying, or distributing the same. Thank you.

On Dec 6, 2017, at 2:08 PM, James Burton <jburton@kmclaw.com> wrote:

Josh:

Where the Greens have indicated that December doesn't work for them and neither does the first week of January, our soonest availability is January 29-31. We would like to do Mike on January 29, Garth on January 30, and Richard Reese on January 31. We can hold all depositions here at Kirton. Let me know if these days work for you.

Thanks,

James

**From:** Josh [mailto:josh@nelsonjoneslegal.com]
**Sent:** Wednesday, December 06, 2017 12:22 PM
**To:** James Burton
**Cc:** Joshua S. Rupp; Heather Mills
**Subject:** Re: Green v. Harward

1:00 pm works for me. I'll call you.

As far as depositions, I understand that you were looking for dates in the first 2 weeks of January. At the moment, it appears that Jan. 3-5 aren't available. Perhaps we can plan on January 9-11 for the Greens and Richard Reese. Let me know if that works on your end and if you have any preference on the order of depositions.

Thanks,

Joshua S. Ostler
Nelson Jones, PLLC
8941 S. 700 E., Ste. 203
Sandy, Utah 84070
T: (801) 981-8779
F: (801) 505-0360
www.nelsonjoneslegal.com

CONFIDENTIALITY/PRIVILEGE NOTICE
This communication and any attachment(s) are confidential and may be privileged. If you are not the intended recipient, or a person responsible for delivery to the intended recipient, please notify Nelson Jones, PLLC immediately by reply email or by calling (801) 981-8779. Please then delete this communication in its entirety without using, copying, or distributing the same. Thank you.

On Dec 6, 2017, at 12:01 PM, James Burton <jburton@kmclaw.com> wrote:

Josh:

2

Thank you for the email. How about 1:00 pm today?

Can you also get some available dates for Mike and Garth Green's depositions?

Thanks,

James

**From:** Josh [mailto:josh@nelsonjoneslegal.com]
**Sent:** Wednesday, December 06, 2017 11:30 AM
**To:** James Burton
**Cc:** Joshua S. Rupp; Heather Mills
**Subject:** Re: Green v. Harward

James,

Are you available to meet and confer on this today?

You've no doubt seen that I filed a motion for protective order last night. And I imagine that you are preparing a motion to strike or something similar based on Local Rule 37-1. I plan to withdraw the motion shortly, so need to waste efforts there.

I didn't know until yesterday what day the subpoenas had been served. Because at least Wendy's subpoena was served last Thursday, I believed that yesterday was the deadline for the automatic stay, which is why I filed last night. However, because "[a] party or a witness" may make a motion under Local Rule 26-2(b), I believe that the Greens can still move for a protective order within the 3 day period since I did not receive service of the notices of deposition until yesterday. So, I plan to withdraw the motion for protective order, we can meet and confer further on this issue, and if we can't reach a resolution, I will plan on filing a short form discovery motion for a protective order.

If you aren't available today, please let me know if there's a time we can speak tomorrow.

Thanks,

Joshua S. Ostler
Nelson Jones, PLLC
8941 S. 700 E., Ste. 203
Sandy, Utah 84070
T: (801) 981-8779
F: (801) 505-0360
www.nelsonjoneslegal.com

CONFIDENTIALITY/PRIVILEGE NOTICE
This communication and any attachment(s) are confidential and may be privileged. If you are not the intended recipient, or a person responsible for delivery to the intended recipient, please notify Nelson Jones, PLLC immediately by reply email or by calling (801) 981-8779. Please then delete this communication in its entirety without using, copying, or distributing the same. Thank you.

On Dec 5, 2017, at 2:16 PM, James Burton <jburton@kmclaw.com> wrote:

Josh:

Here you go.

As to the second issue, we have long informed the Court of our intent to take additional depositions. Nothing in Judge Furse's earlier orders precludes that. Nor has discovery expired, as clearly stated by Judge Furse in the relevant transcripts.

Thanks,

James

**From:** Josh [mailto:josh@nelsonjoneslegal.com]
**Sent:** Tuesday, December 05, 2017 2:14 PM
**To:** James Burton
**Cc:** Joshua S. Rupp; Heather Mills
**Subject:** Re: Green v. Harward

James,

Two issues. First, I can't tell from the Proofs of Service where you plan to take the depositions. Can you please let me know?

Second, discovery has expired, and while Magistrate Judge Furse has indicated that discovery will be extended, she expressly withheld ruling on what the scope of that discovery would be. Without any ruling from the Court indicating that Standard can take depositions of the Green family, can you please explain how noticing up these depositions can be reconciled with Magistrate Furse's instructions back in June?

Thanks,

Joshua S. Ostler
Nelson Jones, PLLC
8941 S. 700 E., Ste. 203
Sandy, Utah 84070
T: (801) 981-8779
F: (801) 505-0360
www.nelsonjoneslegal.com

CONFIDENTIALITY/PRIVILEGE NOTICE
This communication and any attachment(s) are confidential and may be privileged. If you are not the intended recipient, or a person responsible for delivery to the intended recipient, please notify Nelson Jones, PLLC immediately by reply email or by calling (801) 981-8779. Please then delete this communication in its entirety without using, copying, or distributing the same. Thank you.

On Dec 5, 2017, at 1:26 PM, James Burton <jburton@kmclaw.com> wrote:

Josh:

I forgot to attach one of them.

Thanks,

4

James

**From:** James Burton
**Sent:** Tuesday, December 05, 2017 1:24 PM
**To:** josh@nelsonjoneslegal.com
**Cc:** Joshua S. Rupp; Heather Mills
**Subject:** Green v. Harward

Josh:

Please see the attached proofs of service.

Thanks,

James Burton

---

James T. Burton
**Kirton McConkie**
Key Bank Tower
36 South State Street, 19th Floor
Salt Lake City, UT  84111
Direct: (801) 323-5998
Office: (801) 328-3600
Fax: (801) 212-2138
email: jburton@kmclaw.com


<PLD628_DKTNONE_Proof of Service for Wendy Green.pdf>

<Subpoena to Lori Yardley.pdf><Subpoena to Phillip Green.pdf><Subpoena to Wendy Green.pdf><Subpoena to Bradley Green.pdf><Subpoena to Jeffrey Green.pdf>