# Exhibit A

## Joshua S. Rupp

| | |
|---|---|
| **From:** | Josh <josh@nelsonjoneslegal.com> |
| **Sent:** | Friday, December 15, 2017 4:03 PM |
| **To:** | James Burton |
| **Cc:** | Joshua S. Rupp; Heather Mills |
| **Subject:** | Re: Activity in Case 2:15-cv-00556-DAK-EJF Garth O. Green Enterprises et al v. Standard Plumbing Supply Motion for Partial Summary Judgment |

James,

I appreciate your attention to this matter, but rather than continue to go back and forth on this, I'm going to file our motion to extend. You can then decide whether to oppose it or not on the basis of your new Rule 56 argument.

Additionally, I reject any notion that this is a "tactic to delay." You already made that argument in the prior briefing, arguing that the Greens' motion "should be seen for what it is." Judge Parrish rejected your argument when she granted the motion for an extension of time.

Finally, in the event you plan to attach our email exchange to your opposition and argue that I am opposed to "meaningful discussions," let me just be clear that you are trying to force me to preview a Rule 56(d) motion for you, the time and expense of which the motion to extend is designed to avoid. And even then, the information that you are asking for was already detailed in prior briefing, as I've pointed out. If you don't think the reasons articulated in the prior briefing justify the requested extension, then we aren't going to be able to agree. Because it appears that that is the case, I am going to proceed with filing a motion to extend.

Best regards,

Joshua S. Ostler
Nelson Jones, PLLC
8941 S. 700 E., Ste. 203
Sandy, Utah 84070
T: (801) 981-8779
F: (801) 505-0360
www.nelsonjoneslegal.com

CONFIDENTIALITY/PRIVILEGE NOTICE
This communication and any attachment(s) are confidential and may be privileged. If you are not the intended recipient, or a person responsible for delivery to the intended recipient, please notify Nelson Jones, PLLC immediately by reply email or by calling (801) 981-8779. Please then delete this communication in its entirety without using, copying, or distributing the same. Thank you.

On Dec 15, 2017, at 3:27 PM, James Burton <jburton@kmclaw.com> wrote:

Josh:

We think that Rule 56 wasn't contemplated by the Court (Judge Parrish was the judge at the time, as you may recall), nor was it addressed in sufficient detail (if at all) in the earlier briefing.

Our position is simple: what do you think you are missing that hasn't already been asked dozens of times in the three previous depositions and that you need to oppose the SJ motion on the DJ issue? If you can identify that, we can work

1

together to get it to you. If, however, this is a tactic to delay the motion without the specific identification required by Rule 56, then we cannot agree.

Moreover, as made clear by Judge Shelby's order today, he wants this case moving along. Richard Reese has been deposed three times and we have asked you to identify what is missing that would prohibit an opposition. It seems to make sense that we meaningfully discuss that. Do you agree?

Thanks,

James

**From:** Josh [mailto:josh@nelsonjoneslegal.com]
**Sent:** Friday, December 15, 2017 12:21 PM
**To:** James Burton
**Cc:** Joshua S. Rupp; Heather Mills
**Subject:** Re: Activity in Case 2:15-cv-00556-DAK-EJF Garth O. Green Enterprises et al v. Standard Plumbing Supply Motion for Partial Summary Judgment

James,

As I pointed out in my previous email, the information contemplated by Rule 56(d), i.e. what facts the Greens plan to obtain from Richard Reese's deposition, was already detailed, at least in part, in Docket No. 356. So in response to your specific request, please review Docket No. 356.

With respect to your overall position on Rule 56(d)'s application to the instant request, I disagree, but I'm not going to litigate that with you here.

The point is, the Court previously ordered that the Greens' response should be due after Mr. Reese's deposition. I don't think there is any reason to re-litigate the issue and would ask that you stipulate to a similar extension.

Thanks,

Joshua S. Ostler
Nelson Jones, PLLC
8941 S. 700 E., Ste. 203
Sandy, Utah 84070
T: (801) 981-8779
F: (801) 505-0360
www.nelsonjoneslegal.com

CONFIDENTIALITY/PRIVILEGE NOTICE
This communication and any attachment(s) are confidential and may be privileged. If you are not the intended recipient, or a person responsible for delivery to the intended recipient, please notify Nelson Jones, PLLC immediately by reply email or by calling (801) 981-8779. Please then delete this communication in its entirety without using, copying, or distributing the same. Thank you.

On Dec 15, 2017, at 11:57 AM, James Burton <jburton@kmclaw.com> wrote:

Josh:

Nothing in the earlier briefing addressed Rule 56. Our request is the same: will you provide what is missing and/or provide an affidavit, as required by Rule 56?

Thanks,

2

James

**From:** Josh [mailto:josh@nelsonjoneslegal.com]
**Sent:** Friday, December 15, 2017 11:52 AM
**To:** James Burton
**Cc:** Joshua S. Rupp; Heather Mills
**Subject:** Re: Activity in Case 2:15-cv-00556-DAK-EJF Garth O. Green Enterprises et al v. Standard Plumbing Supply Motion for Partial Summary Judgment

James,

The issues you raise were already briefed and the information you're looking for can be found, at least in part, in the Greens' reply memorandum, docket no. 356. The court apparently agreed with the Greens' position on these issues because it previously granted their request to extend the deadline until after Mr. Reese's deposition. I'm simply asking for a stipulation so we can avoid going through this exercise a second time.

Please let me know if you'll stipulate.

Thanks,

Joshua S. Ostler
Nelson Jones, PLLC
8941 S. 700 E., Ste. 203
Sandy, Utah 84070
T: (801) 981-8779
F: (801) 505-0360
www.nelsonjoneslegal.com

CONFIDENTIALITY/PRIVILEGE NOTICE
This communication and any attachment(s) are confidential and may be privileged. If you are not the intended recipient, or a person responsible for delivery to the intended recipient, please notify Nelson Jones, PLLC immediately by reply email or by calling (801) 981-8779.  Please then delete this communication in its entirety without using, copying, or distributing the same. Thank you.

On Dec 15, 2017, at 11:14 AM, James Burton <jburton@kmclaw.com> wrote:

Josh:

Thank you for your emails. While we are amenable, as a matter of professional courtesy, to generally accommodating requests for modest extensions of time based on scheduling challenges, etc., your request is **not** premised on a scheduling challenge. Indeed, your request is not governed under Federal Rule of Civil Procedure 6 but rather falls squarely within the ambit of Federal Rule of Civil Procedure 56(d). Specifically, based on your below email, it is our understanding that the Greens believe they "cannot present facts essential to justify [their] opposition" to the motion for partial summary judgment absent taking Richard Reese's deposition for a *third* time. *See* Fed. R. Civ. P. 56(d). Rule 56(d), however, imposes specific obligations on the movant, including that the Greens demonstrate "by affidavit or declaration" the specific reasons they are currently unable to present facts to justify their opposition to the motion. *See id.* Clarifying this requirement, the Tenth Circuit has held as follows:

> A prerequisite to granting relief pursuant to Rule 56[(d)] is an affidavit furnished by the [Rule 56(d) movant]. Although the affidavit need not contain evidentiary facts, it must explain why facts precluding summary judgment cannot be presented. **This includes identifying the probable facts not available and what steps have been taken to obtain these facts.** In this circuit, the [Rule 56(d) movant] also must explain how additional time

3

will enable him to rebut movant's allegations of no genuine issue of fact. Counsel's unverified assertion in a memorandum opposing summary judgment does not comply with Rule 56[(d)] and results in a waiver.

*Price ex rel. Price v. W. Res., Inc.*, 232 F.3d 779, 783 (10th Cir. 2000) (internal alterations and quotation marks omitted; emphasis added); *see also Hackworth v. Progressive Cas. Ins. Co.*, 468 F.3d 722, 732 (10th Cir. 2006) (the Rule 56(d) movant "must submit an affidavit identifying the probable facts not available and what steps have been taken to obtain these facts and must explain how additional time will enable him to rebut movant's allegations of no genuine issue of fact. (internal quotation marks omitted); *Price*, 232 F.3d at 783-784 ("In addition to their failure to file the required affidavit, Appellants have failed to satisfy the other requirements of Rule 56(f)" including "explaining what facts they want to discover, why they have not yet discovered them, and how additional time would help them rebut Western's allegations....").

As mentioned above, Richard Reese has already been deposed twice, once in his personal capacity and a second time as the 30(b)(6) designee for Standard. Scores of questions were exhaustively asked of Mr. Reese pertinent to Standard's declaratory judgment claims at issue in the motion for partial summary judgment. Nevertheless, your below email fails to identify any facts which are not already available, what steps have been taken to obtain these facts, and what additional time/discovery will enable the Greens to rebut Standard's allegations. Are you willing to provide those so we can consider it?

Thanks,

James

---

James T. Burton
**Kirton McConkie**
Key Bank Tower
36 South State Street, 19th Floor
Salt Lake City, UT  84111
Direct: (801) 323-5998
Office: (801) 328-3600
Fax: (801) 212-2138
email: jburton@kmclaw.com


**From:** Josh [mailto:josh@nelsonjoneslegal.com]
**Sent:** Friday, December 15, 2017 10:59 AM
**To:** James Burton; Joshua S. Rupp
**Subject:** Re: Activity in Case 2:15-cv-00556-DAK-EJF Garth O. Green Enterprises et al v. Standard Plumbing Supply Motion for Partial Summary Judgment

James,

Following up on this. I will be filing a motion today, whether Standard stipulates or not. Please let me know your position at your earliest convenience. If you stipulate, I'll send a draft stipulation for your review. If not, I'll go ahead and file a motion.

Thanks,

Joshua S. Ostler
Nelson Jones, PLLC
8941 S. 700 E., Ste. 203

Sandy, Utah 84070
T: (801) 981-8779
F: (801) 505-0360
www.nelsonjoneslegal.com

CONFIDENTIALITY/PRIVILEGE NOTICE
This communication and any attachment(s) are confidential and may be privileged. If you are not the intended recipient, or a person responsible for delivery to the intended recipient, please notify Nelson Jones, PLLC immediately by reply email or by calling (801) 981-8779. Please then delete this communication in its entirety without using, copying, or distributing the same. Thank you.

On Dec 13, 2017, at 10:55 AM, Josh <josh@nelsonjoneslegal.com> wrote:

James,

I plan to make a motion to enlarge time to respond to Standard's motion for partial summary judgment. As you'll recall, with your prior motion for partial summary judgment, the court granted an enlargement of time until 17 days after Richard Reese's deposition. I plan to make a similar request, just asking for 21 days after his deposition, instead of 17. Please let me know if you will stipulate. If so, I'll send over a draft stipulated motion for your review.

Thanks,

Joshua S. Ostler
Nelson Jones, PLLC
8941 S. 700 E., Ste. 203
Sandy, Utah 84070
T: (801) 981-8779
F: (801) 505-0360
www.nelsonjoneslegal.com

CONFIDENTIALITY/PRIVILEGE NOTICE
This communication and any attachment(s) are confidential and may be privileged. If you are not the intended recipient, or a person responsible for delivery to the intended recipient, please notify Nelson Jones, PLLC immediately by reply email or by calling (801) 981-8779. Please then delete this communication in its entirety without using, copying, or distributing the same. Thank you.

Begin forwarded message:

From: utd_enotice@utd.uscourts.gov
Subject: **Activity in Case 2:15-cv-00556-DAK-EJF Garth O. Green Enterprises et al v. Standard Plumbing Supply Motion for Partial Summary Judgment**
Date: December 1, 2017 at 12:37:36 PM MST
To: ecf_notice@utd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

US District Court Electronic Case Filing System
District of Utah

## Notice of Electronic Filing

The following transaction was entered by Burton, James on 12/1/2017 at 12:37 PM MST and filed on 12/1/2017
**Case Name:**         Garth O. Green Enterprises et al v. Standard Plumbing Supply
**Case Number:**       2:15-cv-00556-DAK-EJF

5

Filer:            Standard Plumbing Supply
**Document Number:** 539
Docket Text:
**MOTION for Partial Summary Judgment and Memorandum in Support** *re: Declaratory Judgment Claims* **filed by Defendant Standard Plumbing Supply. (Attachments: # (1) Text of Proposed Order, # (2) Exhibit A - Excerpts from C. Harward Depo., # (3) Exhibit B - Final Offer, # (4) Exhibit C - Complaint, # (5) Exhibit D - Excerpts from R. Reese Depo, # (6) Exhibit E - Text Message, # (7) Exhibit F - Excerpts from Transcript of Voicemail and Telephone Conversation, # (8) Exhibit G - Asset Purchase Sale Agreement, # (9) Exhibit H - Settlement Agreement, # (10) Exhibit I - Memorandum Decision, # (11) Exhibit J - Notice of Lis Pendens, # (12) Exhibit K - Excerpts from GW Green Depo, # (13) Exhibit L - Loan Proposal Letter, # (14) Exhibit M - Excerpts from RT Harward Depo., # (15) Exhibit N - Utah Business Entity Search, # (16) Exhibit O - Letter from R. Mumford, # (17) Exhibit P - Excerpts from R. Harward Depo., # (18) Exhibit Q - Excerpts from Standard Plumbing Depo., # (19) Exhibit R - Letter of Intent, # (20) Exhibit S - Sublease Agreement, # (21) Exhibit T- Email Correspondence, # (22) Exhibit U - Letter from G. Green to R. Harward, # (23) Exhibit V - Excerpts from D. Ford Depo., # (24) Exhibit W - Excerpts from G. Green Depo.)(Burton, James)**

**2:15-cv-00556-DAK-EJF Notice has been electronically mailed to:**

Bankruptcy Clerk's Office     UTB_Appeals@utb.uscourts.gov

Aaron R. Harris      aharris@djplaw.com, dwoodbury@djplaw.com, kaltamirano@djplaw.com

Adam C. Dunn      acdunn@dunnfirm.com

Clifford V. Dunn      cvdunn@dunnfirm.com

James T. Burton      jburton@kmclaw.com, hmills@kmclaw.com

Joshua S. Ostler      josh@nelsonjoneslegal.com, sharon@nelsonjoneslegal.com

Joshua S. Rupp      jrupp@kmclaw.com, hmills@kmclaw.com, sglendening@kmclaw.com

Kimberly N. Baum      kbaum@djplaw.com

Lesley A. Manley      lmanley@joneswaldo.com, achavez@joneswaldo.com

Marcus R. Mumford      mrm@mumfordpc.com, amanda@mumfordpc.com, jso@mumfordpc.com, laura@mumfordpc.com

Ryan R. Beckstrom      rbeckstrom@kmclaw.com

Timothy J. Dance      tdance@swlaw.com, bhatch@swlaw.com, docket_slc@swlaw.com, snielsen@swlaw.com

Vincent C. Rampton      vrampton@joneswaldo.com, jmonet@joneswaldo.com

**2:15-cv-00556-DAK-EJF Notice has been delivered by other means to:**
The following document(s) are associated with this transaction:
**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-0
] [3554ae97b84a54aa5b13307f2b15624d121b0c0c277a0cec3575fbf578b348ef963
012a1a54af6493f4b27b6034ee57e8e8da819f845630f71c5ef59367e2233]]
**Document description:** Text of Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-1
] [040e3b97bf7374f453307c3043be7ae8332a5c66f706bc32e24ff3159de273382df
7a4878e548324dd3be3028ca672a67691ec0c9bc8226e0baa8aed240384ae]]
**Document description:** Exhibit A - Excerpts from C. Harward Depo.
**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-2
] [9e3ce946caffaa739cf69ce8ef2b007aabaeac284af3cd9925121c1c0a9c2abf959
0301cc0feb8757b2cb6d13438f69154a89841cb57d24fe4da74567e062e40]]
**Document description:** Exhibit B - Final Offer
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-3
] [b666f71f518dda6819b7815c48772f5b35b48652797de7b3d19048bdcc6280a8706
f71cf4cbeb98974416db70b2c59145179b464e9b9b97569758a63a9454c84]]
**Document description:** Exhibit C - Complaint
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-4
] [c3612519bdf003e95536537ffcabc3ca1095c0435601eae1b40da761d5d689a1697
d7529bd4158fe0b909c8fc042311d2de35714c8e68a565f3819c1a3f1dac3]]
**Document description:** Exhibit D - Excerpts from R. Reese Depo
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-5
] [4d2237897e6eb52b64306a1fc6169db3c268991e51793bd3ba2f21c4f57baac9422
80e8e5d97a9ebc49487885855a2f1952773fb6b974135ba46f1a3dac5e46e]]
**Document description:** Exhibit E - Text Message
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-6
] [1ca02e1ca111762cc0e5e978f051927905b65aedf8f77c9633ebfe6c6a4fb3eff5e
86b2dcd5af117a6ffa489e44e77023a26aa5ba9d0651f26518c90e497e278]]
**Document description:** Exhibit F - Excerpts from Transcript of Voicemail and Telephone Conversation
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-7
] [3f9c72fef39ae78781bf1f31a01a925962085f0c156555fafe482592327db4f4395
ff8dac3aab6e3f59fdeaacdf090e27c567bc75a7ad5f7939aa3979d1e3c9c]]
**Document description:** Exhibit G - Asset Purchase Sale Agreement
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-8
] [806811d096eb2397f36ace683249e1e05eb83f44c359bbe49ac2458905c4ca469ba
f1e0b3d3b2237d836f6f465dca1c1ddd00c043772479623c84c34da6b100d]]
**Document description:** Exhibit H - Settlement Agreement
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-9
] [530babd52f9afd0810e7f63d09f2f64507386aeb99c20273973f898a276ac05855f
c28c7fdee2e7ad76abed988d432555b31a1f539ca1de9d6084d0b8d6636a8]]
**Document description:** Exhibit I - Memorandum Decision
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-1
0] [4cabf70a25bc41e17f7a316620833f5eb5f640bfa3d71f20b8fe15d068635d579f
5a05f2bde97e51a8bf102b654af675483bef70eac3bcd12ca67cafcdebf799]]
**Document description:** Exhibit J - Notice of Lis Pendens
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-1
1] [29266f8b57afe65cd076c306474aeac61687637071 24f62ba0ce0ad29b77ef0e57
561c7d45b4bfd926fcff75469f57a3011c154de399821f3c9756ae6642c907]]
**Document description:** Exhibit K - Excerpts from GW Green Depo
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-1
2] [3b3b56e3a7ddcf05613376dff3ba23cf7e4c19ec9672481f11a4b77373ac97847a
4e730e12fbe99bf07735734936d6b8e4da1f7e4bf0263e8a25f59ad5e4a4f1]]
**Document description:** Exhibit L - Loan Proposal Letter
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-1

3] [8ae01730fb23de4f068f571b4d10f47135b287fb515cf55ac23ced3b39ba721c82
4ff06abb6087be1970010359ed12150e9793d06affd57cf8e1af450dca31a6]]
**Document description:**Exhibit M - Excerpts from RT Harward Depo.
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-1
4] [7ce4fcb686b56baea1596227f64b878bf7cdfa058fcfd3eedd051c020c2d73c027
b14786e2d022160169f98ca7c6afaea2e9b662db2a7731ae5fd0ebc5fabe67]]
**Document description:**Exhibit N - Utah Business Entity Search
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-1
5] [5418874230d2a7b8afb316bddc2d8c7bca529e9d79b4ab67e6b19fffc5d8a38e03
7b78230ad561f78fcbca97dafd74e7b77f1aa57c22fa41700f926aa5e14b85]]
**Document description:**Exhibit O - Letter from R. Mumford
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-1
6] [b945353172b2236b2d7bc99f17c8c1eadb89b2a1f4a82a52953974686299f63cf3
520791bdfa22d126bd2220de914aec71b49503f2e16c92c0c34ad41c982f03]]
**Document description:**Exhibit P - Excerpts from R. Harward Depo.
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-1
7] [5bd063c8b16488a92c11b31633d06bac10f21e74fd178c02dc31d6982ae35979c5
26f9eed4bab8911e409fae1af4e4f2c2de2168c4a76778c9238952339fc7c9]]
**Document description:**Exhibit Q - Excerpts from Standard Plumbing Depo.
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-1
8] [45558dff85bca1c649f303758b1ff80d7a499a9faa51a327fd7471e4a99e562dad
655f981d09d04d3a371148052c1674e274efb97b0f35f2530ca582cbff3ba6]]
**Document description:**Exhibit R - Letter of Intent
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-1
9] [27b00fa83052080203e7cdb3dd372ed3d9f237757be6b6aead6b6ac2769c29e152
c74dab9b0bfed41231bbf0f112685a81ff20b27d5b6169facb0c6e73133373]]
**Document description:**Exhibit S - Sublease Agreement
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-2
0] [8e9390f767ea6f759fa8f857464298f4a7e5c71f0251a4949ec526491388523518
069051b4cc483f357ce2528e6dc9783f3010fe2980b4cc2d9d1736a1f2f346]]
**Document description:**Exhibit T- Email Correspondence
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-2
1] [7267b5baec0e7a246c504e8633a7167f482825449cad68f79fb74ca8f6e2f400df
c916c327977d5d500c901b0f9ad58524c8d20e49161792f3d143c99a2d47e8]]
**Document description:**Exhibit U - Letter from G. Green to R. Harward
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-2
2] [031c4a421acfdef7be8472c6daeb572bc813f3667d2fc3ef087b46f6b2af159c2a
c5433aa6c23087eb37008ebb79b25daa4ad4417c6e7ff2525fe1dabade7a5e]]
**Document description:**Exhibit V - Excerpts from D. Ford Depo.
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-2
3] [619b5af4db54fc83e2a90d04dac34930e23a7bb30b61c6fa42213581849de093db
4607b6e221526ff217776516c6c5c2269484438a2caf98c0275b4a285c7a20]]
**Document description:**Exhibit W - Excerpts from G. Green Depo.
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/1/2017] [FileNumber=3771237-2
4] [b72fd3959f1ce274b08be8812efa0f3735eba210af6b6f7e593470c85a5399e95f
c08fa8189e3ae90c522b7af4bb777d4db8611a55395e7c343daa9ea37e8fa5]]