# Exhibit 1

**RAY QUINNEY & NEBEKER**

July 21, 2017

<u>Via Hand-Delivery</u>
James T. Burton
Kirton McConkie
Key Bank Tower
36 South State Street, 19th Floor

<u>Via Regular Mail</u>
Steve McCardle
Aaron Harris
Durham Jones & Pinegar PC
3301 Thanksgiving Way, Suite 400
Lehi, Utah 84043

Elaine A. Monson
ATTORNEY AT LAW

PO Box 45385
Salt Lake City, Utah
84145-0385

36 South State Street
Suite 1400
Salt Lake City, Utah
84111

801 532-1500 firm
801 323-3346 direct
801 532-7543 fax
emonson@rqn.com
www.rqn.com

Gentlemen,

Enclosed please find two discs. One disc contains additional documents produced by the Greens that are bates numbered GOGreen 006531 to 012164. The second disc contains electronic versions of telephone conversations and is bates numbered GOGreen 012165. These documents are being produced to comply with Magistrate Furse's recent discovery orders (Dkt. Nos. 438 and 439).

To further comply with Magistrate Furse's orders, we also direct you to documents that are bates numbered GREEN 000001-000529 and SBSU 000001-000151 that were previously produced to you in the Grass Valley Holdings, Inc. bankruptcy case as part of the proceedings relating to the motion to approve the settlement agreement that involved, among other things, the Springville property. Because those documents are already in your possession they are not being produced again.

Also enclosed is a supplemental response to Standard Plumbing Supply Company, Inc. and Richard N. Reese's interrogatory no. 19 as ordered by Magistrate Furse. Since the Greens already provided a supplemental response to interrogatory no. 22 approximately one month ago, they have already complied with Magistrate Furse's order to supplement that interrogatory.

Very truly yours,
RAY QUINNEY & NEBEKER

*Elaine Monson*

Elaine A. Monson

Enclosures
cc:   Steve Call (w/o enc.)
      Marcus Mumford (w/o enc.)
      Mike Green (w/o enc.)
      Garth Green (w/o enc.)

A PROFESSIONAL CORPORATION