## josh@nelsonjoneslegal.com

| | |
|---|---|
| **From:** | Lisa Romney <lromney@centervilleut.com> |
| **Sent:** | Wednesday, December 27, 2017 1:39 PM |
| **To:** | josh@nelsonjoneslegal.com |
| **Subject:** | RE: State v. Worlton Subpoena |

That is fine.

**Lisa G. Romney | Centerville City Attorney**
**250 North Main Street |Centerville, Utah 84014**
**(801) 335-8842**

This email may contain confidential or privileged information.  If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

---

**From:** josh@nelsonjoneslegal.com [mailto:josh@nelsonjoneslegal.com]
**Sent:** Wednesday, December 27, 2017 1:10 PM
**To:** Lisa Romney
**Subject:** State v. Worlton Subpoena

Ms. Romney,

I represent Kevin Worlton in the case *State v. Worlton*, Case No. 151600009 (Utah 6th Dist.) On December 11, 2017, you filed an objection to a subpoena that was served on Centerville City. Wondering if you would agree to let Mr. Worlton have until next Tuesday, January 2, 2018 to respond to Centerville City's objection.

Thanks,

Joshua S. Ostler
Nelson Jones, PLLC
8941 S. 700 E., Ste. 203
Sandy, Utah 84070
T: (801) 981-8779
F: (801) 505-0360
www.nelsonjoneslegal.com

CONFIDENTIALITY/PRIVILEGE NOTICE
This communication and any attachment(s) are confidential and may be privileged. If you are not the intended recipient, or a person responsible for delivery to the intended recipient, please notify Nelson Jones, PLLC immediately by reply email or by calling (801) 981-8779.  Please then delete this communication in its entirety without using, copying, or distributing the same. Thank you.