Joshua S. Ostler (14277)
NELSON JONES, PLLC
8941 S. 700 E., Ste. 203
Sandy, UT 84070
(801) 981-8779
josh@nelsonjoneslegal.com
*Attorney for Garth O. Green Enterprises, Inc.,*
*Garth Green and Michael Green*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GARTH O. GREEN ENTERPRISES, INC., et al., | **REQUEST TO SUBMIT FOR DECISION: EXPEDITED SHORT FORM MOTION FOR PROTECTIVE ORDER** |
| Plaintiffs, | |
| v. | Case No. 2:15-cv-00556-RJS-EJF |
| RANDALL HARWARD, et al, | District Judge Robert J. Shelby |
| Defendants. | Magistrate Judge Evelyn J. Furse |

Pursuant to DUCivR 7-3, Plaintiffs Garth O. Green Enterprises, Inc., Garth Green and

Michael Green (the "Greens") respectfully request that their Expedited Short Form Motion for

Protective Order (the "Motion for Protective Order"),[1] be submitted to the Court for decision.

The Motion for Protective Order was filed on December 7, 2017.[2] Standard Plumbing Supply

Company, Inc.'s opposing memorandum was filed December 14, 2017.[3] The parties have not

requested a hearing. Now fully briefed, the Motion for Protective Order should be submitted to

---

[1] Docket No. 544.
[2] *Id.*
[3] Docket No. 550.

the Court for decision.

      DATE: December 28, 2017.

/s/ Joshua S. Ostler
_____
Joshua S. Ostler
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2017, I filed a true and correct copy of the

foregoing REQUEST TO SUBMIT FOR DECISION: EXPEDITED SHORT FORM MOTION

FOR PROTECTIVE ORDER with the Clerk of Court using the CM/ECF system, which sent

electronic notification to all counsel of record.

/s/ Joshua S. Ostler
Joshua S. Ostler