# Exhibit B

# Joshua S. Rupp

**From:** James Burton
**Sent:** Monday, December 18, 2017 1:49 PM
**To:** josh@nelsonjoneslegal.com
**Cc:** Joshua S. Rupp; Heather Mills
**Subject:** FW: Activity in Case 2:15-cv-00556-RJS-EJF Garth O. Green Enterprises et al v. Standard Plumbing Supply Order on Motion to Set Aside

Dear Josh:

The purpose of this correspondence is to invite the Greens to reconsider our November 15, 2017, request that the Greens withdraw the Motion to Set Aside Order on Motion for Sanctions (Dkt. No. 524) ("Motion to Set Aside"). In addition to the reasons set forth in our November 15 correspondence, we believe that the Court's order below denying the Motion for Reconsideration further supports our request that the Motion to Set Aside should be withdrawn. Under any analysis, requiring the Court to engage in evaluating the Motion to Set Aside in light of the order below is a tremendous waste of time and resources. The prudent course would be for the Greens to withdraw the Motion to Set Aside.

Best regards,

James Burton

---

James T. Burton
**Kirton McConkie**
Key Bank Tower
36 South State Street, 19th Floor
Salt Lake City, UT 84111
Direct: (801) 323-5998
Office: (801) 328-3600
Fax: (801) 212-2138
email: jburton@kmclaw.com


**From:** utd_enotice@utd.uscourts.gov [mailto:utd_enotice@utd.uscourts.gov]
**Sent:** Friday, December 15, 2017 11:48 AM
**To:** ecf_notice@utd.uscourts.gov
**Subject:** Activity in Case 2:15-cv-00556-RJS-EJF Garth O. Green Enterprises et al v. Standard Plumbing Supply Order on Motion to Set Aside


**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first**

1

viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## US District Court Electronic Case Filing System

### District of Utah

## Notice of Electronic Filing

The following transaction was entered on 12/15/2017 at 11:47 AM MST and filed on 12/15/2017
**Case Name:**       Garth O. Green Enterprises et al v. Standard Plumbing Supply
**Case Number:**     2:15-cv-00556-RJS-EJF
**Filer:**
**Document Number:** 552

**Docket Text:**
ORDER denying [504] Greens Motion for Reconsideration, or Alternatively, for a Stay of Proceedings. Signed by Judge Robert J. Shelby on 15-556. (jds)


**2:15-cv-00556-RJS-EJF Notice has been electronically mailed to:**

Clifford V. Dunn     cvdunn@dunnfirm.com

Vincent C. Rampton     vrampton@joneswaldo.com, jmonet@joneswaldo.com

Adam C. Dunn     acdunn@dunnfirm.com

Timothy J. Dance     tdance@swlaw.com, bhatch@swlaw.com, docket_slc@swlaw.com, snielsen@swlaw.com

Aaron R. Harris     aharris@djplaw.com, dwoodbury@djplaw.com, kaltamirano@djplaw.com

Marcus R. Mumford (Terminated)     mrm@mumfordpc.com, amanda@mumfordpc.com, jso@mumfordpc.com, laura@mumfordpc.com

Joshua S. Rupp     jrupp@kmclaw.com, hmills@kmclaw.com, sglendening@kmclaw.com

James T. Burton     jburton@kmclaw.com, hmills@kmclaw.com

Lesley A. Manley     lmanley@joneswaldo.com, achavez@joneswaldo.com

Joshua S. Ostler     josh@nelsonjoneslegal.com, sharon@nelsonjoneslegal.com

Kimberly N. Baum     kbaum@djplaw.com

Ryan R. Beckstrom     rbeckstrom@kmclaw.com

Bankruptcy Clerk's Office     UTB_Appeals@utb.uscourts.gov

**2:15-cv-00556-RJS-EJF Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=12/15/2017] [FileNumber=3782733-0] [1cf1190e5d4db887ef592e9abd10eb81af564a9fe2aa5a8b2e6c110a3a7cee35cbc5aa781e87643800dd70f3bcb527835c7f34412a56400ef763a5b5a2c08d93]]