# Exhibit E

TERMINATED,

# U.S. District Court
## District of Oregon (Portland (3))
### CIVIL DOCKET FOR CASE #: 3:17-mc-00348-JCC

Mumford  
Assigned to: Honorable John C. Coughenour

Date Filed: 08/08/2017  
Date Terminated: 01/08/2018

**In Re**

**Marcus R. Mumford**     represented by    **Marcus R. Mumford**  
Marcus R. Mumford, P.C.  
405 S. Main Street  
Suite 975  
Salt Lake City, UT 84111  
801-428-2000  
Fax: 801-983-6405  
Email: mrm@mumfordpc.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Matthew D. Umhofer**  
Spertus, Landes & Umhofer, LLP  
1990 S. Bundy Dr.  
Suite 705  
Los Angeles, CA 90025  
310-826-4700  
Fax: 310-826-4711  
Email: matthew@spertuslaw.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Joseph M. Mabe**  
Brownstein Rask, LLP  
1200 SW Main Street  
Portland, OR 97205  
503-221-1772  
Fax: 503-221-1074  
Email: jmabe@brownsteinrask.com  
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Robert C. Weaver**     represented by    **Eric A. Lindenauer**  
Garvey Schubert Barer  
121 SW Morrison Street

11th Floor
Portland, OR 97204
503-228-3939
Fax: 503-226-0259
Email: elindenauer@gsblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert C. Weaver , Jr.**
Garvey Schubert Barer
121 SW Morrison Street
11th Floor
Portland, OR 97204
503-228-3939
Fax: 503-226-0259
Email: rweaver@gsblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Arellano**
Garvey Schubert Barer
121 SW Morrison Street
11th Floor
Portland, OR 97204
503-228-3939
Fax: 503-226-0259
Email: jarellano@GSBlaw.com
*ATTORNEY TO BE NOTICED*

**Patrick J. Conti**
Garvey Schubert Barer
121 SW Morrison Street
11th Floor
Portland, OR 97204
503-228-3939
Fax: 503-226-0259
Email: pconti@gsblaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/08/2017 | 1 | **UNITED STATES COURTS FOR THE NINTH CIRCUIT DESIGNATION OF A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT** *For the Purpose of Presiding Over a Specific Motion* Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable John Coughenour, United States Senior District Judge for the Western District of |

| | | |
|---|---|---|
| | | Washington to perform the duties of United States District Judge temporarily for the District of Oregon to hear a pending motion in the specific case USA v. Bundy, et al., Case No. 3:16-cr-00051, and all matters related thereto. Signed on May 17, 2017, by Chief Judge Sidney R. Thomas. (eo)<br><br>**Entered pursuant to minute order #2193 docketed in case #3:16-cr-51 BR.** (Entered: 08/08/2017) |
| 08/08/2017 | 2 | MINUTE ORDER: The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge: This matter comes before the Court sua sponte. Given the size of the docket in United States v. Bundy, 16-cr-0051, the Court finds it appropriate to handle matters related to the Order to Show Cause why Marcus Mumfords pro hac vice status should not be revoked in another case. Accordingly, the Court ORDERS the Clerks Office to open a miscellaneous case (mc) for all matters related to Mr. Mumfords pro hac vice admission. The Clerks office is further DIRECTED to file the order designating Judge Coughenour to handle this case, as well as all filings related to Mr. Mumfords admission, to the District of Oregon in the miscellaneous case. Mr. Mumford and Robert Weaver shall receive notice of all filings going forward in the miscellaneous case.<br><br>Pursuant to the attached minute order, the following filings related to Mr. Mumfords admission from case 3:16-cr-51 BR are attached:<br>(Attachments: #(1) 2169: Order to Show Cause,<br>#(2) 2084: Motion to Produce a Complete Set of Final Transcripts,<br>#(3) 2101: Order on Motion for Clarification and Sua Sponte Recusal of Chief Judge Mosman,<br>#(4) 2121: Order Granting in Part Motion to Compel a Complete Set of Transcripts,<br>#(5) 2145: Order Appointing Pro Bono Counsel to Represent the Court's Interest,<br>#(6) 2186: Motion to Set Briefing Schedule and Hearing to Define Scope of the Show Cause Hearing,<br>#(7) 2187: Joint Proposed Scheduling Order,<br>#(8) 2188: Motion for Extension of Time,<br>#(9) 2192: Order Adopting Proposed Scheduling Order in Part, Granting Motion for Extension of Time, and Denying Motion to Set Briefing Schedule)<br><br>And the text of the following text only orders and minutes of proceedings are entered into this case:<br>#2087: ORDER: Mr. Mumford's request for an extension of time to respond to the Order to Show Cause 2084 is GRANTED. If the Court grants Mr. Mumford's request for production of the full trial transcript, his response to the Order to Show Cause is due forty-five days from the date he receives a copy of the transcripts of the trial of his client, Ammon Bundy, conducted from September 7, 2016, to October 27, 2016, including vior dire, and the August 22-24, 2016, pretrial conference. If the Court denies Mr. Mumford's Motion for production of the full trial transcript, his response to the Order to Show Cause is due forty-five days from the date the order denying the transcript request is filed. The Court takes Mr. Mumford's request for production of the full trial transcript |

| | | |
|---|---|---|
| | | and for clarification under advisement. Ordered by Judge Michael W. Mosman. #2156: MINUTES OF PROCEEDINGS held telephonically before U.S. District Judge John C. Coughenour; CRD: Paul Pierson; Respondent: Marcus Mumford; Court's Counsel: Robert Weaver; Court Reporter: Nancy Bauer; Time of Hearing: 10:00 a.m.; Status Conference was held on 7/7/2017. Court and counsel confer regarding further proceedings. Order to Show Cause hearing set for Monday, January 8, 2018 at 10:00 a.m. Estimated time of hearing 1-2 days. The Court directed the parties to file a joint briefing schedule with the Court. (eo) (Entered: 08/08/2017) |
| 08/09/2017 | 3 | ORDER: This matter comes before the Court sua sponte. After granting Marcus Mumfords motion for an extension (Dkt. No. 2188), the Court set August 8, 2017,1 as the deadline for any motion for production of final transcript excerpts. Mr. Mumford has not filed a motion for production of final transcripts nor has he filed a motion for extension of time. Accordingly, the Court assumes Mr. Mumford does not seek production of any final transcripts and will not consider any motion filed for such without an explanation of good cause for the delay in filing the motion for production and for failing to seek an extension of time. As set forth in the Courts August 8, 2017, Order, Mr. Mumfords Response Brief to the Order to Show Cause is due on or before October 17, 2017. Signed on 8/9/2017 by Honorable John C. Coughenour. (kms) (Entered: 08/09/2017) |
| 10/31/2017 | 4 | Motion for Extension of Time *To File Response To The Order To Show Cause [Doc. 2069]*. Filed by Marcus R. Mumford. (Mumford, Marcus) (Entered: 10/31/2017) |
| 10/31/2017 | 5 | **ORDER:** This matter comes before the Court on Mr. Mumfords Unopposed Motion to Extend the Time to File Response to the Order to Show Cause (Dkt. No. 4 ). According to the briefing schedule for this matter (Case No. 3:16-CR-0051-BR, Dkt. No. 2192), Mr. Mumfords response to the Courts Order to Show Cause why his pro hac vice admission should not be revoked (Case No. 3:16-CR-0051-BR, Dkt. No. 2069) was due October 17, 2017. Mr. Mumford requests an extension of time to file his response to today, October 31, 2017. The Court **GRANTS** Mr. Mumfords motion. His response may be filed by end of day today, October 31, 2017. The due date for a brief in opposition to this response will similarly be extendedto December 1, 2017. The Court will not entertain an extension request for Mr. Mumfords reply. It remains due December 8, 2017. Signed on October 31, 2017 by Honorable John C. Coughenour. (eo) (Entered: 10/31/2017) |
| 11/03/2017 | 6 | **ORDER TO MARCUS R. MUMFORD TO SHOW CAUSE:** This matter comes before the Court *sua sponte*. According to the briefing schedule, Mumfords response to the Courts Order to Show Cause why his *pro hac vice* admission should not be revoked was due October 17, 2017. (Case No. 3:16-CR-0051-BR, Dkt. Nos. 2069, 2192.) The Court granted Mumford an extension of time to file his response by October 31, 2017 (Dkt. No. 5). Mumford has not filed a response. The Court **ORDERS** Mumford to show cause why his failure to respond should not be treated as an admission that revocation is warranted and that the January 8, 2017 evidentiary hearing is no longer necessary. Mumfords written response shall be filed no later than seven (7) days from the |

| | | |
|---|---|---|
| | | date of this order. Signed on November 3, 2017 by Honorable John C. Coughenour. (eo) (Entered: 11/03/2017) |
| 11/10/2017 | 7 | Brief *in response to Order to Show Cause and Request for Additional Time*. Filed by Marcus R. Mumford. (Attachments: # 1 Provisional Response) (Mumford, Marcus) (Entered: 11/10/2017) |
| 11/13/2017 | 8 | Motion for Extension of Time *To File Response To The Court's Order To Show Cause [Doc. 2069] dated April 12, 2017*. Filed by Marcus R. Mumford. (Mumford, Marcus) (Entered: 11/13/2017) |
| 11/13/2017 | 9 | **ORDER:** This matter comes before the Court on Mr. Mumfords Motion to Extend the Time to File Response to the Order to Show Cause (Dkt. No. 8 ). Mr. Mumford asks for yet another extension to file his response to the Courts Order to Show Cause why his pro hac vice admission should not be revoked (Case No. 3:16-CR-0051-BR, Dkt. No. 2069). The Court **GRANTS** Mr. Mumfords motion. His response may be filed by end of day today, November 13, 2017. The due date for a brief in opposition to this response will be extended to December 4, 2017. The Court will not entertain an extension request for Mr. Mumfords reply. It remains due December 8, 2017. Signed on November 13, 2017 by Honorable John C. Coughenour. (eo) (Entered: 11/13/2017) |
| 11/13/2017 | 10 | Motion for Clarification *of Court's Minute Order Dated November 13, 2017*. Filed by Robert C. Weaver. (Weaver, Robert) (Entered: 11/13/2017) |
| 11/13/2017 | 11 | Declaration of Robert C. Weaver *in Support of Motion for Clarification of Court's Minute Order Dated November 13, 2017*. Filed by Robert C. Weaver. (Related document(s): Motion for Clarification 10 .) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Weaver, Robert) (Entered: 11/13/2017) |
| 11/14/2017 | 12 | **ORDER:**<br><br>This matter comes before the Court on Counsel for the District of Oregons Motion for Clarification of the Courts Minute Order Dated November 13, 2017 (Dkt. No. 10 ). Despite repeated extensions of time (Dkt. Nos. 4 , 9 ) to file a response to the Show Cause Order why Mr. Mumfords pro hac vice admission should not be revoked (Case No. 3:16-CR-0051-BR, Dkt. No. 2069), Mr. Mumford has filed only a provisional response (Dkt. No. 7 ). The Court will not accept further briefing on the matter from Mr. Mumford.<br><br>The District of Oregons brief in opposition to Mr. Mumfords provisional response is due thirty (30) days from the date of this order. Any objections to the form of Mr. Mumfords provisional response can be made at that time. Furthermore, the Courts strikes Mr. Mumfords right to file a reply to the District of Oregons brief, as Mr. Mumfords repeated delays have left the Court inadequate time to consider a reply in light of the pending evidentiary hearing scheduled for January 8, 2017.<br><br>The Court reminds Mr. Mumford that as a condition for a previous extension he requested, he agreed to name the witnesses he intends to call at the evidentiary hearing scheduled for January 8, 2018. (Dkt. No. 4 at 4.) He must provide this |

| | | |
|---|---|---|
| | | information, along with a brief description of their proposed testimony, no later than December 8, 2017. If he fails to do so, the Court will not hear their testimony during the pending evidentiary hearing. Signed on November 14, 2017 by Honorable John C. Coughenour. (eo) (Entered: 11/14/2017) |
| 11/14/2017 | 13 | **AMENDED ORDER:** This matter comes before the Court on Counsel for the District of Oregons Motion for Clarification of the Courts Minute Order Dated November 13, 2017 (Dkt. No. 10 ). Despite repeated extensions of time (Dkt. Nos. 4 , 9 ) to file a response to the Show Cause Order why Mr. Mumfords pro hac vice admission should not be revoked (Case No. 3:16-CR-0051-BR, Dkt. No. 2069), Mr. Mumford has filed only a provisional response (Dkt. No. 7 ). The Court will not accept further briefing on the matter from Mr. Mumford.<br><br>The District of Oregons brief in opposition to Mr. Mumfords provisional response is due thirty (30) days from the date of this order. Any objections to the form of Mr. Mumfords provisional response can be made at that time. Furthermore, the Courts strikes Mr. Mumfords right to file a reply to the District of Oregons brief, as Mr. Mumfords repeated delays have left the Court inadequate time to consider a reply in light of the pending evidentiary hearing scheduled for January 8, 2018.<br><br>The Court reminds Mr. Mumford that as a condition for a previous extension he requested, he agreed to name the witnesses he intends to call at the evidentiary hearing scheduled for January 8, 2018. (Dkt. No. 4 at 4.) He must provide this information, along with a brief description of their proposed testimony, no later than December 8, 2017. If he fails to do so, the Court will not hear their testimony during the pending evidentiary hearing. Signed on November 14, 2017 by Honorable John C. Coughenour. (eo) (Entered: 11/15/2017) |
| 11/16/2017 | 14 | **STRICKEN per Order # 17 .** ~~Motion to Dismiss *Order To Show Cause Dated April 12, 2017, Issued In United States v. Ammon Bundy, et al., Case No. 3:16-CR-00051 [DOC. 2069]*, Motion for Disqualification of Counsel *For The District Court*. Oral Argument requested. Filed by Marcus R. Mumford. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) Response is due by 11/30/2017.~~ (Mumford, Marcus) Modified on 11/20/2017 to indicate motion was stricken. (eo) (Entered: 11/16/2017) |
| 11/17/2017 | 15 | Motion to Strike *Marcus R. Mumford's* Motion to Dismiss *Order To Show Cause Dated April 12, 2017, Issued In United States v. Ammon Bundy, et al., Case No. 3:16-CR-00051 [DOC. 2069]* Motion for Disqualification of Counsel *For The District Court* 14 . Filed by Robert C. Weaver. Response is due by 12/1/2017. (Weaver, Robert) (Entered: 11/17/2017) |
| 11/17/2017 | 16 | Declaration of Robert C. Weaver *in Support of Motion to Strike Marcus R. Mumford's Motion to Dismiss Order to Show Cause Dated April 12, 2017, and Issued in United States v. Ammon Bundy, et al., Case No. 3:16-CR-0051 [Doc. 2069]; Motion to Disqualify Counsel for the District Court (Doc. No. 14)*. Filed by Robert C. Weaver. (Related document(s): Motion to Strike, 15 .) (Weaver, Robert) (Entered: 11/17/2017) |
| | | |

| 11/19/2017 | 17 | **ORDER STRIKING MOTION TO DISMISS SHOW CAUSE ORDER:** This Court **GRANTS** the motion to strike (Dkt. No. 15 ). The Clerk is **DIRECTED** to strike Mr. Mumfords motion to dismiss (Dkt. No. 14 ). Signed on November 19, 2017 by Honorable John C. Coughenour. (eo) (Entered: 11/20/2017) |
|---|---|---|
| 11/20/2017 | 18 | **\*\*STRICKEN per Order (# 23 ).** ~~Motion to Recuse *The Honorable Judge Coughenour*. Oral Argument requested.Expedited Hearing requested. Filed by Marcus R. Mumford. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit D, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) Response is due by 12/4/2017.~~ (Mumford, Marcus) Modified docket text to indicate this motion is stricken on 12/5/2017. (eo) (Entered: 11/20/2017) |
| 11/29/2017 | 19 | Notice of Appearance of Patrick J. Conti appearing on behalf of Robert C. Weaver Filed by on behalf of Robert C. Weaver. (Conti, Patrick) (Entered: 11/29/2017) |
| 11/29/2017 | 20 | Notice of Appearance of Eric A. Lindenauer appearing on behalf of Robert C. Weaver Filed by on behalf of Robert C. Weaver. (Lindenauer, Eric) (Entered: 11/29/2017) |
| 11/29/2017 | 21 | Notice of Appearance of Joseph C. Arellano appearing on behalf of Robert C. Weaver Filed by on behalf of Robert C. Weaver. (Arellano, Joseph) (Entered: 11/29/2017) |
| 11/29/2017 | 22 | Motion to Strike Motion to Recuse *The Honorable Judge Coughenour* 18 . Filed by Robert C. Weaver. Response is due by 12/13/2017. (Lindenauer, Eric) (Entered: 11/29/2017) |
| 12/05/2017 | 23 | **ORDER STRIKING MOTION TO RECUSE:** This Court **GRANTS** the motion to strike (Dkt. No. 22 ). The Clerk is **DIRECTED** to strike Mumfords motion to recuse (Dkt. No. 18 ). Signed on December 5, 2017 by Honorable John C. Coughenour. (eo) (Entered: 12/05/2017) |
| 12/08/2017 | 24 | Notice *Of Witness List And Proffer* Filed by Marcus R. Mumford. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (Mumford, Marcus) (Entered: 12/08/2017) |
| 12/13/2017 | 25 | Response *Opposition to Marcus Mumford's Provisional Response to the Court's Order to Show Cause; Memorandum Supporting Permanent Pro Hac Vice Revocation*. Filed by Robert C. Weaver. (Related document(s): Brief 7 .) (Attachments: # 1 Exhibit A) (Lindenauer, Eric) (Entered: 12/13/2017) |
| 12/13/2017 | 26 | Declaration of Patrick J. Conti *in Support of Opposition to Marcus Mumford's Provisional Response to the Court's Order to Show Cause; Memorandum Supporting Permanent Pro Hac Vice Revocation*. Filed by Robert C. Weaver. (Related document(s): Response, 25 .) (Lindenauer, Eric) (Entered: 12/13/2017) |
| 01/05/2018 | 27 | Motion to Continue *January 8, 2018 Hearing Date*. Oral Argument requested.Expedited Hearing requested. Filed by Marcus R. Mumford. (Attachments: # 1 Exhibit (Declaration of Matthew Umhofer)) (Mumford, Marcus) (Entered: 01/05/2018) |
| 01/05/2018 | 28 | |

| | | |
|---|---|---|
| | | **ORDER DENYING CONTINUANCE:** This matter comes before the Court on Marcus Mumfords motion for continuance of a January 8th evidentiary hearing (Dkt. No. 27 ). Mr. Mumford has had ample time to prepare for this hearing and the Court cannot consider his request, on the eve of the hearing, absent extraordinary circumstances. Mr. Mumfords motion fails to describe such circumstances. Accordingly, the motion is **DENIED**. The Court expects the parties to appear before it for the January 8, 2018 evidentiary hearing at 10 a.m. in Courtroom 16. Signed on January 5, 2018 by Honorable John C. Coughenour. (eo) (Entered: 01/05/2018) |
| 01/08/2018 | 29 | Motion for Leave to Appear Pro Hac Vice *for Attorney Matthew Donald Umhofer* . Filing fee in the amount of $300 collected; Agency Tracking ID: 0979-5270652. Filed by Marcus R. Mumford. (Mabe, Joseph) (Entered: 01/08/2018) |
| 01/08/2018 | 30 | **ORDER:** Granting Application for Special Admission *Pro Hac Vice* of Matthew D. Umhofer for Marcus R. Mumford. Application Fee in amount of $300 collected. Receipt No. 0979-5270652 issued. Signed on 1/8/2018 by Honorable John C. Coughenour. (ecp) (Entered: 01/08/2018) |
| 01/08/2018 | 31 | Proposed Form of Order Submitted . Filed by Marcus R. Mumford. (Mabe, Joseph) (Entered: 01/08/2018) |
| 01/08/2018 | 32 | Proposed Form of Order Submitted . Filed by Robert C. Weaver. (Lindenauer, Eric) (Entered: 01/08/2018) |
| 01/08/2018 | 33 | **MINUTES of Proceedings:** Time Set for Show Cause Hearing. Mr. Mumford has agreed to withdraw his pro hac vice admission in 3:16-cr-00051-BR USA v. Bundy et al and not again seek pro hac vice admission in the District of Oregon. This moots the matter. The court accepts the resolution. Counsel for Mr. Mumford to prepare the form of order. Joseph C. Arellano and Eric A. Lindenauer present as counsel for plaintiff(s). Matthew D. Umhofer present as counsel for defendant(s). Court Reporter: Nancy Walker. Honorable John C. Coughenour presiding. (dls) (Entered: 01/08/2018) |
| 01/08/2018 | 34 | **ORDER:** Based upon the stipulation of Marcus R. Mumford that: (1) his pro hac vice admission in United States of America v. Bundy, Case No. 3:16-cv-00051-BR is withdrawn; and (2) he shall not in the future apply for pro hac vice admission in the District of Oregon, it is **HEREBY ORDERED** that this matter is closed. Signed on January 8, 2018 by Honorable John C. Coughenour. (eo) (Entered: 01/08/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/09/2018 11:50:50 | | | |
| **PACER Login:** | km0108:2581821:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:17-mc-00348-JCC Start date: 1/1/1970 End date: 1/9/2018 |

| Billable Pages: | 6 | Cost: | 0.60 |