# Exhibit F

```
 1              REAL TIME ROUGH DRAFT OF:

 2              BRADLEY GARTH GREEN

 3              JANUARY 4, 2018

 4

 5              IMPORTANT NOTICE

 6

 7         The stenographic notes taken in this proceeding

 8    are being translated instantaneously into their

 9    English equivalent.

10         You have requested an unedited, noncertified

11    transcript.  This rough-draft transcript has been

12    requested in the form of either a realtime hookup to

13    your computer or an ASCII file delivered after the

14    close of proceedings.

15         This realtime transcript is available only to

16    counsel who order a certified original or a certified

17    copy of today's proceedings.

18         This Certified Realtime Reporter makes no

19    representations regarding the accuracy and

20    completeness of this realtime transcript.  There may

21    be mistranslated or untranslated text, misspelled

22    proper names, nonsensical word combinations and/or

23    occasional reporter's notes.  All such entries will

24    be corrected on the final certified transcript and

25    final ASCII file.
```

| | | |
|---|---|---|
| 09:16:40AM | 1 | summer 2017. |
| 09:16:41AM | 2 | Q. And at one point Mr. Mumford was barred by |
| 09:16:43AM | 3 | the court for participation in this court. |
| 09:16:46AM | 4 | Were you aware of that? |
| 09:16:47AM | 5 | MR. OSTLER: Objection. Relevance. |
| 09:16:48AM | 6 | THE WITNESS: I was not aware. |
| 09:16:49AM | 7 | Q. (By Mr. Burton) And the court told |
| 09:16:50AM | 8 | Mr. Mumford he couldn't practice in this case until |
| 09:16:53AM | 9 | he paid that $35,000 sanction. |
| 09:16:55AM | 10 | Were you aware of that? |
| 09:16:56AM | 11 | MR. OSTLER: Objection. Relevance. |
| 09:16:58AM | 12 | THE WITNESS: I had heard something to |
| 09:16:59AM | 13 | that nature. |
| 09:17:00AM | 14 | Q. (By Mr. Burton) Who did you hear that |
| 09:17:01AM | 15 | from? |
| 09:17:03AM | 16 | A. Who did I hear that from? Probably Garth. |
| 09:17:08AM | 17 | Q. What did Garth say? |
| 09:17:11AM | 18 | A. Basically exactly what you just said, that |
| 09:17:14AM | 19 | Marcus had to pay the $35,000 before he could |
| 09:17:19AM | 20 | continue to represent us. |
| 09:17:19AM | 21 | Q. Were you aware that Mr. Mumford made |
| 09:17:21AM | 22 | representations to the court he didn't have the money |
| 09:17:23AM | 23 | to pay the $35,000? |
| 09:17:24AM | 24 | MR. OSTLER: Objection. Relevance. |
| 09:17:27AM | 25 | THE WITNESS: I was not aware that he had |

24

09:17:28AM 1   made those representations.

09:17:30AM 2        Q.    (By Mr. Burton)  And ! of the court saying

09:17:33AM 3   you can't participate until you pay -- Mr. Mumford

09:17:35AM 4   paid the fine.

09:17:36AM 5             Were you aware of that?

09:17:37AM 6             MR. OSTLER:  Same objection.  Relevance.

09:17:38AM 7             THE WITNESS:  I had also heard that.

09:17:39AM 8        Q.    (By Mr. Burton)  Do you know if your dad

09:17:41AM 9   paid the fine for Mr. Mumford?

09:17:42AM 10            MR. OSTLER:  Same objection.  Relevance.

09:17:44AM 11            THE WITNESS:  I don't know that.  I

09:17:46AM 12  believe he did.

09:17:48AM 13       Q.    (By Mr. Burton)  Why do you believe he

09:17:49AM 14  did?

09:17:54AM 15       A.    It's just an assumption that I made.

09:17:57AM 16       Q.    Based on what?

09:17:58AM 17       A.    It seems like it got paid and

09:18:03AM 18  representations that I had received from friends of

09:18:06AM 19  Mumford indicated that he really did not have that

09:18:09AM 20  money to pay it, and it did get paid.

09:18:12AM 21       Q.    Has Mr. Mumford paid your dad back

09:18:15AM 22  $35,000?

09:18:16AM 23       A.    I don't know.

09:18:16AM 24            MR. OSTLER:  Objection.  Relevance.

09:18:19AM 25       Q.    (By Mr. Burton)  You tracked Mr. Mumford

09:24:20AM 1          MR. OSTLER:  It's Docket 458.

09:24:24AM 2          THE COURT REPORTER:  Excuse me.  One at a

09:24:25AM 3     time, please.

09:24:26AM 4          MR. BURTON:  Don't accuse me of lying.

09:24:26AM 5     You go get the order -- this is my deposition -- if

09:24:26AM 6     you want to make an objection; otherwise, stay on the

09:24:31AM 7     record.

09:24:31AM 8          MR. OSTLER:  My objection is don't

09:24:32AM 9     threaten the client.

09:24:32AM 10         MR. BURTON:  That's not an objection.

09:24:34AM 11         MR. OSTLER:  And the objection is that I

09:24:35AM 12    have objected on the basis of privilege.

09:24:35AM 13         MR. BURTON:  All right.

09:24:37AM 14         MR. OSTLER:  To the extent he can answer

09:24:38AM 15    with privilege, that's fine.  If he can't answer

09:24:41AM 16    because it's going to divulge attorney-client

09:24:43AM 17    privilege, then I'm instructing him not to answer.

09:24:45AM 18         MR. BURTON:  Okay.  I'm going to call the

09:24:49AM 19    court right now.  Let's go off the record.

09:25:47AM 20         (Discussion held off the record.)

09:26:09AM 21         (Recess from 9:26 a.m. to 9:30 a.m.)

09:30:54AM 22     Q.   (By Mr. Burton)  All right, Mr. Green,

09:30:56AM 23    based on your general understanding, what is the

09:31:00AM 24    reason why Mr. Mumford withdrew in this case?

09:31:03AM 25         MR. OSTLER:  Again, object on the basis of

BRADLEY GARTH GREEN ROUGH DRAFT

32

09:31:05AM 1    attorney-client privilege.  To the extent you can

09:31:07AM 2    answer without divulging any attorney-client

09:31:11AM 3    communications, go ahead.

09:31:12AM 4             MR. BURTON:  Sorry.  I'm going to note for

09:31:15AM 5    the record we've got a call to Judge Furse's office

09:31:18AM 6    to do an oral hearing to resolve this issue.

09:31:21AM 7         Q.   (By Mr. Burton)  Go ahead and answer.

09:31:22AM 8         A.   Generally my understanding is that all

09:31:25AM 9    active federal judges on the Utah bench had recused

09:31:29AM 10   themselves on cases dealing with Mumford.  I had

09:31:36AM 11   heard that there was a complaint filed.  I don't know

09:31:41AM 12   if it was for the friendly benefit of only or in

09:31:44AM 13   general as an attorney.  There was a complaint filed

09:31:46AM 14   that was working its way out as to whether or not

09:31:50AM 15   Marcus could practice, and generally I believe that

09:31:55AM 16   that's why Josh is here today instead of Marcus.

09:31:58AM 17        Q.   Did your dad fire Marcus?

09:32:00AM 18        A.   I don't know that, although a month ago I

09:32:03AM 19   heard him asking -- actually, he asked me if he

09:32:07AM 20   should fire Marcus.

09:32:08AM 21        Q.   What did you tell him?

09:32:09AM 22        A.   I told him that I did not think that was a

09:32:12AM 23   good idea.

09:32:13AM 24        Q.   Do you know if your dad ultimately did let

09:32:15AM 25   Marcus go, or did Marcus go on his own?

BRADLEY GARTH GREEN ROUGH DRAFT

33

09:32:18AM 1          A.      I do not know that.

09:32:19AM 2          Q.      Do you know if Marcus has an active bar

09:32:22AM 3   license right now?

09:32:23AM 4                  MR. OSTLER:  Objection.  Relevance.

09:32:24AM 5                  THE WITNESS:  I don't know that.

09:32:24AM 6          Q.      (By Mr. Burton)  Do you know if his right

09:32:26AM 7   to practice has been suspended?

09:32:27AM 8                  MR. OSTLER:  Objection.  Relevance.

09:32:29AM 9                  THE WITNESS:  I don't know that.

09:32:32AM 10         Q.      (By Mr. Burton)  When your dad asked you

09:32:34AM 11  whether he should fire Marcus, what else did your dad

09:32:36AM 12  say?

09:32:37AM 13         A.      He said that he thought the case for some

09:32:41AM 14  reason was becoming about Marcus and not about the

09:32:46AM 15  breach of contract by the Harwards.

09:32:49AM 16         Q.      What else did he say?

09:32:52AM 17         A.      That was it.

09:32:53AM 18         Q.      And what did you say in response?

09:32:56AM 19         A.      I said that I thought that attorneys, good

09:32:59AM 20  attorneys, get in the way and they sometimes are

09:33:01AM 21  controversial and that I thought Marcus was worth the

09:33:05AM 22  fight.

09:33:05AM 23         Q.      Did you ever discuss Marcus's involvement

09:33:07AM 24  with your brother Mike?

09:33:10AM 25         A.      Which involvement would that be?

BRADLEY GARTH GREEN ROUGH DRAFT

34

| | | |
|---|---|---|
| 09:33:12AM | 1 | Q.    Whether he would continue to be involved? |
| 09:33:14AM | 2 | A.    Oh, did I discuss whether Marcus would |
| 09:33:23AM | 3 | continue to be involved with Mike?  When? |
| 09:33:27AM | 4 | Q.    About the same time you discussed -- |
| 09:33:30AM | 5 | A.    Not that I remember. |
| 09:33:30AM | 6 | Q.    -- with your dad? |
| 09:33:31AM | 7 | A.    No. |
| 09:33:32AM | 8 | Q.    Did your dad say anything else about |
| 09:33:35AM | 9 | Marcus's involvement? |
| 09:33:38AM | 10 | A.    At that time?  No. |
| 09:33:41AM | 11 | Q.    What else did he say about the case |
| 09:33:44AM | 12 | becoming about Marcus? |
| 09:33:49AM | 13 | A.    He seemed to believe that Reese thought |
| 09:33:54AM | 14 | that he had some kind of benefit in going after |
| 09:34:01AM | 15 | Marcus instead of attacking the facts of our case and |
| 09:34:05AM | 16 | that he was weaponizing Marcus's enemies among judges |
| 09:34:15AM | 17 | and attorneys against us and our case. |
| 09:34:19AM | 18 | Q.    How was he weaponizing Marcus's enemies? |
| 09:34:22AM | 19 | A.    Ridiculous amounts of motions specifically |
| 09:34:25AM | 20 | related to Marcus and not the facts of our case. |
| 09:34:29AM | 21 | Q.    Are you aware that Mr. Mumford repeatedly |
| 09:34:31AM | 22 | missed deadlines? |
| 09:34:32AM | 23 | A.    I am. |
| 09:34:33AM | 24 | MR. OSTLER:  Objection.  Relevance. |
| 09:34:34AM | 25 | Q.    (By Mr. Burton)  Are you aware that |

BRADLEY GARTH GREEN ROUGH DRAFT

09:34:34AM 1    Mr. Mumford repeatedly asked for extensions of
09:34:37AM 2    deadlines?
09:34:37AM 3             MR. OSTLER:  Objection.  Relevance.
09:34:39AM 4             THE WITNESS:  Yes.
09:34:39AM 5        Q.    (By Mr. Burton)  Was that a source of
09:34:41AM 6    frustration for your dad?
09:34:42AM 7        A.    I believe so.
09:34:44AM 8        Q.    Did your dad express frustration with
09:34:46AM 9    having to pay for motions to extend deadlines, for
09:34:50AM 10   example, because Marcus couldn't meet deadlines?
09:34:53AM 11            MR. OSTLER:  Objection.  Relevance.
09:34:55AM 12            THE WITNESS:  I don't remember him
09:34:56AM 13   specifically being frustrate it had with having to
09:34:58AM 14   pay to extend motions so much as being frustrated
09:35:03AM 15   with having to pay so much money in general.
09:35:07AM 16       Q.    (By Mr. Burton)  Was your dad frustrated
09:35:09AM 17   that deadlines were missed?
09:35:10AM 18       A.    Yes.
09:35:12AM 19       Q.    In your discussions the last couple of
09:35:15AM 20   days, did your dad express frustration with a
09:35:19AM 21   deadline being missed on Tuesday?
09:35:20AM 22            MR. OSTLER:  Objection.  Relevance.
09:35:21AM 23            THE WITNESS:  He did not express
09:35:22AM 24   frustration.
09:35:23AM 25       Q.    (By Mr. Burton)  Were you aware there was

BRADLEY GARTH GREEN ROUGH DRAFT

09:35:25AM 1   a motion that was due Tuesday that wasn't filed till
09:35:26AM 2   Wednesday?
09:35:26AM 3        A.    I was told that he missed another deadline
09:35:29AM 4   this week.
09:35:29AM 5        Q.    He or Mr. Ostler?
09:35:31AM 6        A.    I don't know.  I guess I thought it was
09:35:33AM 7   Marcus.
09:35:33AM 8        Q.    Well, is it your understanding that
09:35:35AM 9   Mr. Mumford is still involved in this case?
09:35:37AM 10       A.    No.
09:35:38AM 11       Q.    So anything that would be done -- why
09:35:41AM 12  would you assume it would be done now by Marcus, or
09:35:44AM 13  Mr. Mumford?
09:35:45AM 14       A.    I guess I don't know if that deadline that
09:35:47AM 15  Marcus missed was a deadline in our case or in a case
09:35:49AM 16  of his own.  I don't know.  I had heard that he had
09:35:52AM 17  missed another deadline this week.
09:35:54AM 18       Q.    Were you aware that Mr. Ostler missed a
09:35:56AM 19  deadline on Tuesday?
09:35:56AM 20            MR. OSTLER:  Objection.  Relevance.
09:35:58AM 21            THE WITNESS:  I was not aware of that.
09:36:00AM 22       Q.    (By Mr. Burton)  Are you aware that there
09:36:01AM 23  had been multiple motions filed on two separate
09:36:07AM 24  issues where Standard has been successful?
09:36:08AM 25            MR. OSTLER:  Objection.  Relevance,

BRADLEY GARTH GREEN ROUGH DRAFT

```
09:38:59AM  1   remember the terminology, but my understanding or my
09:39:03AM  2   belief was that Adam Dunn was scared off by a motion
09:39:06AM  3   by Standard against both Marcus and Dunn claiming
09:39:11AM  4   that they were bringing a malicious suit.
09:39:16AM  5        Q.    A motion that was ultimately granted,
09:39:18AM  6   correct?
09:39:23AM  7        A.    I don't know that it was granted.
09:39:25AM  8        Q.    And a motion for which Mr. Mumford had to
09:39:28AM  9   pay $35,000, or it sounds like your dad paid $35,000?
09:39:32AM 10        A.    I didn't know that that was the motion
09:39:33AM 11   that required that.  I thought that was separate.
09:39:34AM 12        Q.    I'll represent to you it was the same
09:39:39AM 13   motion.
09:39:39AM 14        A.    Okay.
09:39:39AM 15        Q.    Was your opinion enlightened about
09:39:42AM 16   Mr. Dunn's withdrawal by a discussion with your
09:39:43AM 17   brother and your dad?
09:39:43AM 18        A.    Which brother?
09:39:44AM 19        Q.    Mike (indicating).
09:39:45AM 20        A.    No.
09:39:46AM 21        Q.    So is it still your opinion that Mr. Dunn
09:39:49AM 22   chickened out, because you said it was your opinion,
09:39:52AM 23   so is it still your opinion?
09:39:53AM 24        A.    It's still my opinion.
09:39:54AM 25        Q.    Do you have any additional opinion about
```

BRADLEY GARTH GREEN ROUGH DRAFT

120

| | |
|---|---|
| 11:08:55AM | 1 |
| 11:08:56AM | 2 |
| 11:08:58AM | 3 |
| 11:09:02AM | 4 |
| 11:09:05AM | 5 |
| 11:09:08AM | 6 |
| 11:09:11AM | 7 |
| 11:09:12AM | 8 |
| 11:09:15AM | 9 |
| 11:09:20AM | 10 |
| 11:09:25AM | 11 |
| 11:09:28AM | 12 |
| 11:09:31AM | 13 |
| 11:09:32AM | 14 |
| 11:09:33AM | 15 |
| 11:09:34AM | 16 |
| 11:09:36AM | 17 |
| 11:09:37AM | 18 |
| 11:09:38AM | 19 |
| 11:09:39AM | 20 |
| 11:09:41AM | 21 |
| 11:09:42AM | 22 |
| 11:09:43AM | 23 |
| 11:09:48AM | 24 |
| 11:09:50AM | 25 |

A.      Uh-huh (yes).

Q.      So at that point it was just Mr. Mumford
as counsel of record, and then at some point
necessary for Standard Ray Quinney that was involved.

How long has Mr. Ostler been working this
case; do you know?

A.      I don't know.

MR. OSTLER:  Objection.  Vague, ambiguous.

THE WITNESS:  In working this case, it was
my understanding that Josh was an associate I think
is the word of Marcus's for a number of years.  I
don't know whether he was always on our case during
that time.

Q.      (By Mr. Burton)  Do you know why
Mr. Ostler left Mr. Mumford's firm?

MR. OSTLER:  Objection.  Relevance.

THE WITNESS:  I do not know.

Q.      (By Mr. Burton)  Do you know if he was
fired or if he quit?

MR. OSTLER:  Objection.  Relevance.

THE WITNESS:  I do not know.

Q.      (By Mr. Burton)  Do you know if
Mr. Mumford and Josh -- well, Mr. Ostler, sorry --
are on good terms today?

MR. OSTLER:  Objection.  Relevance,

BRADLEY GARTH GREEN ROUGH DRAFT

144

| | | |
|---|---|---|
| 11:46:54AM | 1 | around the same time that we filed our Rule 11 |
| 11:46:57AM | 2 | motion? |
| 11:46:57AM | 3 | A.    I believe it was. |
| 11:46:59AM | 4 | Q.    Are you aware that Mr. Mumford missed his |
| 11:47:00AM | 5 | deadline to file his opposition to the Rule 11 |
| 11:47:01AM | 6 | motion? |
| 11:47:01AM | 7 | MR. OSTLER:  Objection.  Misstates facts. |
| 11:47:03AM | 8 | THE WITNESS:  I did not know that. |
| 11:47:05AM | 9 | Q.    (By Mr. Burton)  And filed it a couple |
| 11:47:06AM | 10 | days late? |
| 11:47:06AM | 11 | MR. OSTLER:  Objection.  Misstates facts. |
| 11:47:08AM | 12 | THE WITNESS:  That sounds like Marcus. |
| 11:47:09AM | 13 | Q.    (By Mr. Burton)  And are you aware that |
| 11:47:10AM | 14 | shortly before filing his opposition to our Rule 11 |
| 11:47:13AM | 15 | motion, Mr. Mumford sent a seven page letter to I |
| 11:47:17AM | 16 | think 14 attorneys besides myself and Mr. Rupp, who |
| 11:47:22AM | 17 | works with me on this case, at Kirton McConkie? |
| 11:47:25AM | 18 | A.    I had heard take. |
| 11:47:26AM | 19 | Q.    Do you know if your dad and your brother |
| 11:47:28AM | 20 | were aware that that letter was being sent to our |
| 11:47:31AM | 21 | firm -- to my firm? |
| 11:47:32AM | 22 | A.    When. |
| 11:47:32AM | 23 | Q.    In October 2014? |
| 11:47:35AM | 24 | A.    Previous to it being sent or after it? |
| 11:47:37AM | 25 | Q.    Previous.  Great question. |

BRADLEY GARTH GREEN ROUGH DRAFT

| | |
|---|---|
| 12:39:26PM 1 | A.     Some.   Some he does, some he doesn't. |
| 12:39:31PM 2 | Q.     Has he ever played a copy of a court |
| 12:39:32PM 3 | recording for you? |
| 12:39:33PM 4 | MR. OSTLER:  Objection.  Asked and |
| 12:39:34PM 5 | answered. |
| 12:39:34PM 6 | THE WITNESS:  Not that I recall. |
| 12:39:49PM 7 | Q.     (By Mr. Burton)  When Mr. Mumford was |
| 12:39:51PM 8 | suspended from this case for failure to pay the |
| 12:39:55PM 9 | $35,000, did your dad express frustration to you that |
| 12:40:01PM 10 | Marcus had been suspended from the case? |
| 12:40:07PM 11 | A.     Did my dad?  No, I do not believe so. |
| 12:40:10PM 12 | Q.     Did Mike? |
| 12:40:11PM 13 | A.     Yes. |
| 12:40:12PM 14 | Q.     What did he say specifically? |
| 12:40:16PM 15 | MR. OSTLER:  And I would object on |
| 12:40:18PM 16 | attorney-client privilege. |
| 12:40:19PM 17 | To the extent you can answer without |
| 12:40:20PM 18 | disclosing any attorney-client communications, go |
| 12:40:24PM 19 | ahead. |
| 12:40:24PM 20 | THE WITNESS:  I think specifically he said |
| 12:40:29PM 21 | something to the -- something to the tune of that it |
| 12:40:40PM 22 | was a technical -- a technicality that Marcus got |
| 12:40:47PM 23 | caught in because of his disfavor with the judge. |
| 12:40:51PM 24 | Q.     (By Mr. Burton)  Are you aware that the |
| 12:40:52PM 25 | court ordered that the payment come specifically from |

| | |
|---|---|
| 12:40:55PM 1 | Marcus? |
| 12:40:55PM 2 | A.    No. |
| 12:40:57PM 3 | Q.    Today's the first time I've heard |
| 12:41:00PM 4 | Mr. Green paid the sanction for Marcus. |
| 12:41:02PM 5 | Are you aware of language in the order |
| 12:41:04PM 6 | that says that Marcus had to be the one to pay the |
| 12:41:07PM 7 | money? |
| 12:41:07PM 8 | A.    No. |
| 12:41:07PM 9 | MR. OSTLER:  Objection.  Misstates facts, |
| 12:41:09PM 10 | misstates prior testimony. |
| 12:41:19PM 11 | Q.    (By Mr. Burton)  Are you aware that early |
| 12:41:20PM 12 | on, right after Standard purchased Sprinkler World, |
| 12:41:24PM 13 | the Greens demanded $5 million from Standard to |
| 12:41:28PM 14 | settle this case? |
| 12:41:28PM 15 | Are you aware of that? |
| 12:41:29PM 16 | A.    I'm not aware of that. |
| 12:41:56PM 17 | MR. BURTON:  Okay.  I have no further |
| 12:41:58PM 18 | questions.  Thanks. |
| 12:42:07PM 19 | (Deposition concluded at 12:42 p.m.) |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

BRADLEY GARTH GREEN ROUGH DRAFT