JAMES T. BURTON (11875)
*jburton@kmclaw.com*
JOSHUA S. RUPP (12647)
*jrupp@kmclaw.com*
RYAN R. BECKSTROM (14593)
*rbeckstrom@kmclaw.com*
**KIRTON | McCONKIE**
Key Bank Tower
36 South State Street, Suite 1900
Salt Lake City, Utah 84111
Telephone: (801) 328-3600
Facsimile: (801) 321-4893

*Counsel for Standard Plumbing
Supply Company, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GARTH O. GREEN ENTERS., INC., *et al.*, <br><br> Counterclaim Defendants, <br><br> v. <br><br> RANDALL HARWARD, *et al.*, <br><br> Counterclaim Plaintiffs. | Case No. 2:15-cv-00556-RJS-EJF <br><br> **REQUEST TO SUBMIT FOR DECISION STANDARD PLUMBING SUPPLY COMPANY, INC.'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD** <br><br> Honorable Judge Robert J. Shelby <br> Honorable Magistrate Judge Evelyn J. Furse |

Pursuant to DUCivR 7-3, Standard Pluming Supply Company, Inc. ("Standard"), by and through undersigned counsel, respectfully requests that Standard's Motion for Leave to Supplement the Record (the "Motion")[1] be submitted for decision. The following documents have been filed in connection with the Motion:

1.  On December 12, 2017, Standard filed the Motion, including a supporting memorandum [docket no. 549];

---
[1] Docket no. 549.

2.	On December 26, 2017, Garth O. Green Enterprises, Inc., *et al.* (collectively, the "Greens") filed a memorandum opposing the Motion [docket no. 561]; and

2.	On January 9, 2018, Standard filed a reply in further support of the Motion [docket no. 583].

Briefing on the Motion is complete and the Motion is ready for decision. Standard respectfully requests submission of the same.

DATED this 9th day of January, 2018.

> Respectfully Submitted,
>
> **KIRTON│McCONKIE**
>
> By */s/ James T. Burton*
> James T. Burton
> Joshua S. Rupp
> Ryan R. Beckstrom
> *Attorneys for Standard Plumbing*
> *Supply Company, Inc.*

## CERTIFICATE OF SERVICE

 I hereby certify that on this the 9th day of January, 2018, I caused a copy of the foregoing to be filed using the Court's electronic filing system which provides service to all counsel of record.

                 */s/ James T. Burton*

*4823-4661-3082, v. 1*